Name **Richard H. Francis**
Street Address **1820 Capitol Ave., Apt #210**
City and County **Sacramento, Sacramento**
State and Zip Code **California 95811**
Telephone Number **916, 498-8427**

# FILED

JAN - 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Richard H. Francis**

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

**Los Rios Community College
District**

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **2: 1 9 - CV - 0 0 6 0 MCE DB PS**

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☒ No
*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

Name                Richard H. Francis
Street Address      1820 Capitol Ave., Apt 210
City and County     Sacramento, Sacramento
State and Zip Code  California 95811
Telephone Number    916, 498-8427

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known). Attach additional pages if needed.

Defendant No. 1
Name                Los Rios Community College District
Job or Title        general Counsel, J. P. Sherry
(if known)
Street Address      1919 Spanos Court
City and County     Sacramento, Sacramento
State and Zip Code  California, 95825
Telephone Number    916, 568-3021

Defendant No. 2
Name                _____
Job or Title        _____
(if known)
Street Address      _____
City and County     _____
State and Zip Code  _____
Telephone Number    _____

Defendant No. 3

    Name                    _____

    Job or Title \
    (if known)          _____

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

Defendant No. 4

    Name                    _____

    Job or Title \
    (if known)          _____

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number   _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

☒  Federal question               ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_First Amendment/Bill of Rights/U.S. Constitution/_
_Freedom of Expression/Written Essay posted_
_on a Dissussion Board to an On-Line Class, assignment_

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* _Richard H. Francis_ is a citizen of the State of *(name)* _California_ .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Bill of Right / 1ˢᵗ Amendment / Freedom of Speech

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Richard Francis , is a citizen of the State of *(name)* California .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* Los Rios Community College District is
incorporated under the laws of the State of *(name)*
California _____, and has its principal place of
business in the State of *(name)* California _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____ N/A _____, and has its principal place of
business in *(name)* California _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:  $10,000
Partial: Injunctive Reinstatement,
$200 Compensatory Damages, Punitive Damages
Attachment

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.  Whether-or-not the
Two Year Suspension from a government
School as punishment for submitting an essay
Violates 1st Amendment Freedom of Speech
Right of the Bill of Rights.

See Attachment

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Reinstate student status, clear record of charges, and either: fire officials, or else pay compensatory and punitive damages of $10,000.

See Attachment

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Attachment

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/9, 2019

Signature of Plaintiff

Printed Name of Plaintiff  Richard Francis

Richard Francis, Pro Se v. Los Rios Community College District

ATTACHMENTS

II-A.  If the Basis for Jurisdiction Is a Federal Question

United States Constitution, Bill of Rights (1791), Amendment 1 :  Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Related Cases :

- Healy v. James :  Dissemination of ideas on campus can't be censored in the name of conventions of decency.
- Cohen v. California (403 US 15, 91), (1971).  Supreme Court reverses conviction for offensive conduct because obscenity is free expression of dissent.  The issue of Government restraints removed from the public discussion.
- Papish v. Board of Curators (1973) (410 US 667).  Campus newspaper cartoon court held that student was improperly expelled for using profanity to express dissent
- New York Times v. Sullivan (1964) :  Supreme Court says since the U.S. Constitution's Bill of Rights are the highest laws of the Land, and that local governments can't deprive citizens of certain fundamental rights, like free-speech and due process.  Bill of Rights applies to Freedom of Expression, so as not to suppress what gets said or written.
- Tinker v. Des Moines Independent Community School District (1969) :  Supreme Court held that public schools can't 'tweek' First Amendment Rights, so as to deny what students say, or express as written opinions, unless they "materially and substantially" disrupt classes, or other school activities with vulgar, or indecent language.  The Justices endorsed free speech.  "It can hardly be argued that either students, or teachers shed their constitutional rights to freedom of speech...at the schoolhouse gate".  It is unlawful for school administrators to censor just one side of a controversy.
- Hazelwood School District v. Kuhlmeier (1988):  Even though the Supreme Court ruled that the official school newspaper can be censored when officials consider topics are unappropriated, even if the language is not vulgar or disruptive.  California's High School Free Expression Laws negates give students more free speech rights than the U.S. Constitution.

II-Basis of Jurisdiction : federal question

Whether-or-not Government School Regulations supersede the FIRST AMENDMENT protection for classroom essays ?

II-3-The amount of the Controversy    $10,000

Compensatory damages are about $200.

III. Statement of the Claim

The Defendant violated Plaintiff's Constitutional Right to Free Speech by suspending him for 2-years because of an essay he authored. Plaintiff was prosecuted by Administrative Law between September 5, 2018 and December 12, 2018 in which he was kicked out of school. Agents of the school entered the process of suspending the plaintiff, a continuing student of over 12-years, who earned over a hundred units, a GPA of 3.7 point (B+), and two Association of Arts Degrees from that school because of a class, assignment, essay posted on-line to an off campus web site called Canvas. Plaintiff registered for Administration of Justice 349 entitled: "Crime, Deviance, and Social Control", an upper-division, criminal-justice, type of police-oriented, class that requires advanced writing skills. The class is also registered as a bleeding-heart, sociology, class. Both types of students were enrolled, cop 'want to bees', and 'do-gooder', social workers. I was forced out after the third week. The text book's context, which was analyzed, involves the impact of an oppressive, racist, police state.

The liberal administrators either knew, or should have known of the constitutionality of the controversy, yet did the suspension anyway figuring that they had impunity. Plaintiff's constitutionally protected right to free speech was violated by agents of the Los Rios Community College District (LRCCD) represented by the following people : General Counsel JP Sherry, who gave the go ahead, Professor Logan, the teacher, Dean Gardener, the section boss, Dean Molina, the prosecutor, Professor McGee, the chairperson to the Appeal Committee, and college president Gutierrez, who endorsed the findings on 12/12/18. Their charges were that plaintiff's essay violated the following rules :

1) Policy 2113 section 2.1—racist,

2) Administrative Regulation 2441 section 3.1.1—disruptive,

3) Administrative Regulation 2441 section 3.1.2—threats, and

4) Administrative Regulation 2441 section 3.2.2—class disruption by causing a "hostile Learning Environment by using racial epithets, and veiled threats of violence".

They have deprived the plaintiff of a valuable community, educational, resource, to which the plaintiff is entitled as a voter citizen, notwithstanding plaintiff's rights as a disabled senior citizen under the Americans with Disabilities Act—Title 3—Enforcement Jurisdiction. These people served Sacramento City College, a government school, and in so doing makes the LRCCD liable for the torts of its agents. They suspended me for two years after the teacher censored my essay, which I posted to the college course's, on-line, discussion-board as part of a weekly class assignment that required three posting a week. One posting to the teacher-class and two postings to fellow individual students. The teacher, Logan, the Section-Dean, Gardener, and Prosecutor-Dean, Molina, claimed I violated college regulations and convicted me of making threats and using racial epithets. This was done after plaintiff responded to an assignment that demanded reading and commenting on a book entitled The New Jim Crow.

//

Although plaintiff used 'creative liberties' in expressing views about the author's claims, no cuss words, or obscenities were used. When plaintiff described aspects of the criminal sub-culture by using the terms "Wet-Back" and "Jew-boys", Logan censored the essay and charged plaintiff with bad acts. Logan and Molina then expanded their complaint to the content of the essay claiming that the "low intensity race war" that plaintiff believed existed since 1962 created a hostile learning environment and violated another rule.

The untitled essay, which will be contained as an exhibit in this complaint package, can be evaluated on the FACE OF THE INSTRUMENT. It reviewed the reading done on The New Jim Crow, authored by Michel Alexander. She argues her case about peoples of color being oppressed by the white power structure, so as to be disenfranchised with felony convictions to prevent them from voting and serving on juries. Alexander claims police grant, SWAT, money for the War on Drugs is abused to target the black community, so as to stigmatize people of color with felonies, imprisonment, and without a vote while enriching private penal institutions.

Plaintiff countered Alexander's position with some personal testimonials, so as to support the establishment in its efforts to oppress black rebellion and criminality in favor of White Nationalism. Liberal agents of the government school got hostile, held rallies, and protests over the essay, so as to whip-up opposition and demand that Plaintiff be punished. These ethnic administrators then abused their authorities to deprive plaintiff of his educational opportunities for two years because of ideas composed with words inputted over computer, wi-fi, waves; not conduct. This government, community, college, agency deprived plaintiff of a constitutionally protected entitlement in violation of the 1st Amendment of the Bill of Rights of the U.S. Constitution.

IV. Relief

Plaintiff seeks:

1) to be reinstated as a student by having the suspension rescinded,

2) to be cleared of official wrong doing, and

3) either:

a) terminate all those people from their jobs, who were complicit in pursuing this suspension matter in light of the Freedom of Speech controversy, or else

b) pay plaintiff compensatory and punitive damages decided by the court, $/0,000

///

V.  Certificate of Closing

I certify that the first essay was totally innocent of any design to start trouble, but after the controversy started the matter was pursued.  Plaintiff filed a grievance with the Equity Dean, Kurt Sosa that freedom of expression was at issue.  The matter went to 'LEGAL', i.e., JP Sherry for analysis.  Creative liberty used to deal with this complicated matter was fun to write.  The requirement to post written statements to the on line, discussion board compelled.  The second essay was written after being reinstated, because of the constitutionality issue prevailed at first. It was designed to lash out and test this academic freedom of expression by continuing the first essay with operational definitions about Wet-Backs, Jew-boys, and God's Children.

The two essays were not designed to harass, delay, or be frivolous.  The intent of the second essay was to start trouble and compel litigation because the Bill of Rights needs protection from insidious erosions from abusive administrators.  The litigation, which plaintiff seeks, is supported by case law and the spirit of the Bill of Rights, which is an existing law. Plaintiff would very much like to win this case so his name might go down in case law as a force for free speech through written words in government schools.

R. H. Francis
1/9/19

*handwritten: 6/1/18 $10 Cash Fall 2018 4 units*

# STUDENT FEE RECEIPT

Sacramento City College Main Campus

Receipt#:  343995   SCC01

Payment Date:  06/01/2018  08:40:14 AM

**Student ID:** 1071539   **Student Name:** Richard  Francis

**Reference:**

| *CHARGES:* | *AMOUNT:* |
|---|---|
| Registration Fees - May include Enrollment, SRF, UTP* | $10.00 |
| ***Total  Charges:*** | $10.00 |

| *PAYMENTS:* | |
|---|---|
| Cash | $10.00 |
| ***Total Payment:*** | $10.00 |

# SUPPORTING CASE EVIDENCE

- Federal Subject Matter Jurisdiction: Bill of Rights 1st Amendment
  - Los Rios Community College District (LRCCD) Suspension
- Administration of Justice/ Sociology: Crime, Deviance, & Social Control
  - On-Line Computer Class/ Canvas Application Discussion Board
  - MY POSTINGS: Constitutionally Protected Free Speech Essays
    - The New Jim Crow by Michele Alexander

First Posted Discussion Board AJ-349_8-29-18, 8-30-2018

Since this report is the first response to my class requirement to address two postings from students on the Discussion Board, I wonder if the 'big dude' is actually going to read it, and then profile me because of my writings. What do you think ?

There's 43 students in this online class and he has better things to do than to micro manage us. So it will be interesting to find out if he is actually out there monitoring what we say. Do you think he will actually count the 750-words in the postings and responses. I count only 10-words per line, so does he want 75-lines of text?

That's ridiculous.

Regarding the theories of criminology goes, do you think Durkheim embraces psychological positivism, so as to be a Marxist ? The Marxist Theory of criminology also addresses the division of labor as a key factor according to Robert White's Crime and Criminology, 1993, Oxford Press pages 92-111. Yet our studies avoids that perspective as well as the feminists theory of crime.

A biological positivist's named Lombroso claimed that criminal are born that way back in the 19th century. Nowadays, the short form of the MAO gene variation creates a sociopath in what has been referred to as the Warrior Gene, which predisposes those who have it to flip out and kill without mercy. Do you think you might have the Warrior Gene ?

This response to you is my second required posting. Do you think you could become a monster, if given enough power and opportunity to get away with torture like what was observed in Zimbarardo's 1971, Standford, Prison, Experiment ?

I know I would. To be or not to be an anonymity monster?

Surrounding and expectations gooders "can do terrible things", like at Abu Ghraib Iraq. Do you think Merton's 1938 Strain Theory about means and ends matters ?

I don't.

I think we are all anomies.

AJ-349_8-31-18

Posted replies to Trevino, Vue, and Tylor Bard

AJ-349_9-5-18

At this time I've only read the first 155-pages of that Alexander's <u>The New Jim Crow</u> Book, so I got a pretty good feel for it.  I got it on Amazon for about $15.  The class situation makes it difficult to write on racial issues without violating School Political Correctness Policies, so I may drop out.

Alexander is an advocate of a special interest group and beats her 'drum' with rhetoric and unsubstantiated claims, like Whites and Blacks violate laws at an equal rate.

Fine, prove it !

Prove it with an empirical study, but no; it's just assumed she's right, when she's probably wrong.

In future studies of Scumbagology it will surely show that Blacks do more crime than Whites and are jailed because of it, not to keep them out of the voting box.

Her frame of reference is suspect as bias.

She even admits that 'The Man' didn't really come down on them until long after the War on Drugs was enacted.

That's because The Man enacted the War on Drugs to get the Hippies and rob the Yuppies.

Oppressing the Black Community was just an easy money spin off.

When Mr. Biggest's Sons began dropping acid, out of Harvard, and West Point to become 'Retreatists' and oppose the Vietnam War, the FBI saw Communist Conspiracy.

After all the 'Weathermen' were linked to Castro and they had long hair.

When his daughter started miscegenation leaving them with mulatto grandchildren, the issue became inter-racial.

The conclusion logically followed that the LSD headed Hippies needed to be crushed by extraordinary means, because they couldn't be convinced with conventional explanations.

The Alternative Lifestyle Movement was targeted, the pot-grows were busted, land got confiscated, communes got broke-up, kids got separated from their mothers, courts took charge, and hair cuts were administered in jails all over in the name of Law and Order.

It was the 'White Devil' smacking its own, not to further oppress 'God's Children'.

The Black Community took the hit too, because they were in the way, and such a big target with a long history of being a host for the heroin trade since the 1930's and through to the 'French Connection'.

The marketing network had already been established there, so it became easy to integrate CRACK cocaine into that supply and demand circuit, which was long established by the MOB, and the Jew Boys with the help of the CIA needing to assist allies with their cash crops for insurgent victories.

In California the Black Community had it made where special treatment was dished out, lines were cut, housing and hiring flourished here for 'God's Children'.

The War on Drugs targeted White deviants.

Its spin offs oppressed those who were already under suspicion for being Scumbags, and who were already making a living in the Black-Market's, well-established, drug-trade; which was  instrumental in establishing our nowadays, affirmative-action, bureaucratic, police-state that oppresses everybody.

The New Jim Crow states on page 183 in so many words that no matter how nice Whitey treats God's Children, the White Devil will always vote to oppress.  It has been my opinion for some time now that this society is in a low intensity race war.  Probably starting about 1962, but for sure in 1968.

Here in California the descendants of the illegal immigrants, Blacks, and other people of color constitute nearly 62% of the population.  I'm glad that scumbags can't vote, or serve on juries.

As a senior citizen I view any assault upon my person as an attempt to murder me, therefore unless it's some stupid friend on a tissy fit, I might take a punch, or flip-um to the ground; otherwise I'm prepared to try and kill my assailants.

The point being I will go to trial where the issue will be whether-or-not the killing I did to protect myself was a justifiable homicide.

The last thing I want to have to worry about is the jury being packed with Black, ex-convicts, who are aware that I killed one of their 'brothers' as they call one another.

I want a White jury filled with senior citizens, who are aware of the situation on the streets, not people embracing Alexander's rationalizations for street crime deviance.

This is an Anglo-American Society and Culture, and there is no way in the White Devil's Hell that this place should be given over to the control of the:

1) descendants of its ex-slaves,

2) wet-backs, and

3) multicultural economic immigrants.

It's either acculturate, or stand-in the free-food, locker line. No more special treatment. If you can't read and write English; then 1) you can't vote, 2) serve on juries, or 3) possess a driver's license.

Mass incarceration is needed for social control over the over populated class of people, who threaten the mainstream.

I remember as a kid in Junior High School about teachers telling us how important contraception is to population control, and how we need to do birth control in order to be conscientious citizens.

While we, White Devils, were withdrawing prematurely, little Black girls were getting pregnant at 13-years old. It soon became clear that Blacks were going to make more babies than Whites in this race war. By the time some of these little Black girls grow up to be 30-years old, they might have 8-kids from different sires.

It soon became a joke. It is not quality that counts, but quantity of numbers, so they can eventually prevail in this struggle for social dominance.

There are so many of them crammed in so small of places that it is easily for them to fill-up the jails, take-up all the available job positions, and suck-up all available public housing slots.

I appreciate Alexander's diachronic account of oppressive events, her listing of court cases, and her insights about my social enemy.

Yet, I know the bottom line. If left to their devices, Black will seek to dominate Whites, whereas Whites just wish to be left alone, so their kids can go to school and do their prerequisites for college, instead of being victimized by Blacks. I agree with Alexander that White want segregated schools.


Post #2

Alexander on page 188 states that the drug war is now a system of control. She means a course of action to oppress the over populated, deviant, peoples of color by the White Power Structure. It doesn't matter how it evolved. Whether the war on drugs was designed to get Blacks, or the Hippies; the fact of the matter is that it is in effect and operates to take down offenders. Therefore, it become imperative not to get caught when doing one's crimes. Never make admission statements; shut-up, don't talk, because lies become obstruction. END.

<Posted 9-5-18: Regarding the term paper why MLA and not APA formatting?

According to Dr. PhD Keys of the SCC Psychology Department, the APA format is the one that God has chosen for scholars and required at SCC.

Is the line spacing on this term paper you want us to do : double space, 1-1/2 space, or single space ?

Is there to be a separate WORK CITED Page, Bibliography ; or do you want citation in text only so as to read ...(Alexander 2015:pp 1-155), or according to The New Jim Crow by Alexander, 2015, Newpress, NY, 2015 Black People get crushed more than White Folk get crushed?>

Discussion board postings_9-11-18

Alexander's creditability suffers from her advocacy. Claims need to be substantiated instead of accepted before critical thinkers agree. Alexander wants a complete racial restructuring of the American Society, so that her side can negotiate a win to her race war. Perhaps Black women should be issued to every White Man to support, and White women dispersed to all the Brothers in an effort to force miscegenation and racial blending to ingrain equality. Instead of being associated with the cause of liberating criminals Alexander says Black upper classes must focus their resources in promoting Affirmative Action Policies, so as to infiltrate elite White institutions, then seize power at the top (Alexander:254).

In my opinion Alexander should be arrested for treason. Conspiracy to form a 5th Column in this age of counter terrorism violates the Patriot Act. Alexander wants to free the criminals and restore their vote. Malcolm X is proclaimed that the White Man is the enemy, and that the U.S.A. is his invention designed for White People (Alexander: 255). Chief Sitting Bull observed that White Man also speaks with fork tong. Both Mr. Bull and Mr. X were conveniently assassinated. Louis Farrakhan in the same vein of blood announced that notwithstanding whatever niceties Whites says or do, betrayal follows suite (Alexander:178). White people are targets in a going-on race war in ways, which White People for the most part are unaware.

Malcolm X was right-on about motive. Thomas Jefferson, the author of the Declaration of Independence, and then the American Ambassador to the Court of Louis the 14th, was denounced by French critics as a hypocrite for owning slaves. Jefferson was two faced. The Revolution against Great Britain was more about property rights, than human rights. Liberty excluded: indentured servants, women, and slaves. It sought autonomy, not universal human rights.

After the Civil War President Lincoln even wanted to ship the former Black slaves back to Africa, but that was too expensive. After all slaves had been imported here off and on for the previous 150-years. Slaves were ignorant about living in the mosquito-jungles of West African. Lincoln decided to relocate them to Caribbean Islands; but he got assassinated instead. Southern Reconstruction took a new turn when carpet bagger politics emerged to exploit the leadership vacuum, and former slaves were needed as to help dominate the entrenched, White, Southern, infrastructure that was just defeated after years of battles. White were not empowered again until after the backlash of the 1880's. The Klan sent Blacks North to seek jobs and create public welfare problems. Nowadays, the situation is too late to deport. Another 150-years later after the Civil War social control has to be enforced against the Black sub-culture because of National Security concerns associated with violent drug related crimes demands action. Mass incarceration answers the dilemma as to what to do with them.

Mass incarceration of the descendants of former slaves, that couldn't be deported back to Africa, enhances the economy with career jobs related to factory like prisons that employs thousands of workers, who would have otherwise been unemployed. People get to earn money

working for The Man, and communities are stimulated with infrastructure investment money. Income from goods and services needed to support the commuters coming and going to work every day generates at a regular rate creates freedom by salvaging the jobless into containing the Black Devil. Public safety is protected by getting Blacks out of society and into structured environments in order to keep them out of trouble, so White people can prosper. When White people prosper, the whole society advances from the trickle down effect, whereas when oppressed the Society deteriorates. Healthy White people means happy environment.

As pointed out earlier in one of my discussion postings the war on drugs was aimed at the Hippies to punish them for deviance, and the forfeiture laws were aimed at the Yuppies who capitalized on the new markets developed by supply and demand of the rich for psychedelic drugs. Alexander differs by saying Blacks were the initial target. Yet, according to Alexander the Mass Incarceration Movement was serendipity, instead of conspiracy (Alexander: 258). "No one suspected that 30-years later…", mass incarceration would result (Alexander:288). It was not planned. It was a spin-off from the War on Drugs and the Byrne Money Grants to L.E.O.'s to harvest raw material off the streets and into the jails where they can be utilized as assets instead of liabilities (Alexander : 255).

In order to rationalize and demonstrate equality and indiscrimination in manufacturing mass incarceration of Blacks, mulattoes, and Latinos at the 90% level of that prison-system's capacity at least 10% of the inmate population has to be composed of White People. This sacrifice is well worth it in my White Devil Opinion, as long as I am not included in their statistics, but some Whites have to be there too. For those White people who have to be sacrificed and subjected to imprisonment as a minority group amidst the other races, the issue arises about cruel and unreasonable punishment. White inmates need to be segregated for their safety, or else it will be like feeding chum to the sharks. Whites will be attacked as displaced rage gets stomped upon them as they get sodomized and wrongfully exposed to AIDS from being raped by the apes.

I don't believe anything Alexander says about Blacks doing Life for pot possession, whereas Whites go free. She overlooks the rapes, robberies, and burglaries committed by them which gets dismissed for lack of evidence, whereas the drugs were materially recovered. Harsh sentencing results from the res geasti and the three strikes rule, not the race. The White kids with the pot differs from the Black thugs, who are hard-core criminals. The children of the White Devil, the deviletes, uses their allowances to score, while Blacks slings dope and steals to earn. There's a big difference between HEADS and Hoods

So, as to avoid confusion certain Operational Definitions will be offered.

The first is Wet-Back. Wet-backs are undocumented, illegal, economic, immigrates that surreptitiously cross the southern border between Mexico and the United States by eluding the border patrol, and Immigration Customs Enforcement protocols. The term denotes the act of swimming the Rio Grande River to get to Texas, so as to arrive in the USA wet as a result of sneaking-in. Nowadays, Wet-Backs might well be referred to as Dust-Back as a result of using tunnels to get over here, or Fence-Jumpers, Drug-Smugglers, not just seasonal Tomatoes Pickers.

The crime is a conspiracy involving a network that allows them to infiltrate our economy and welfare system. They too will join the ranks of Alexander's mass incarceration phenomenon. It is not like they get to cross the border, and then begin wandering around afterwards. They're hooked-up with logistics.

This makes them a Home Land Security Issue. Currently the U.S. Government builds walls, detention centers, and seeks to deport their children, who these people give birth while here illegally. Black haired brown skin people look a lot like Islamic Terrorists, who could easily pass themselves off as a Mexican, so it's a good idea to round them up and check them out.

Mexican-Americans for the most part are three generations from a Wet-Back ancestor, unless their parents lawfully entered and became citizens. If not, then the Wet-Backs cross-over, settle in, get ignored, raise families, and have children, who are maybe born somewhere like here in California while they leach off the U.S. economy.

The children acculturate. Often the second generation of illegal immigrants from Mexico can't even speak Spanish very well. They graduate from school, get jobs, marry, and have families. Those people are mistakenly considered Mexican-American, even though their parents were criminal by the means in which they arrived in this country. Since they were born here former government policies ignored them and no enforcement arose against them. But they are none the less, Mexicans. This is because they were born from Mexican parents, who were here unlawfully. The next generation, their children, are Mexican-Americans.

The Wet-Backs are Mexican, unless those people are from somewhere else in Meso America, then they're that, like a Guatemalan. Their children are Mexicans, or whatever, even though the kids were born in the USA.

This is because of a perverted version of the legal principle associated with the 4th Amendment in which the prosecutor can't benefit from evidence obtained illegally. They call this: the fruit of the poisonous tree doctrine. It frees defendants from criminal charges when the evidence is obtained in violation of the 4th Amendment search and seizure clause. Likewise, criminals can not benefit from the fruits of illicit gain, and Wet-Backs can't benefit from having Americanized Babies, who get born here as a result of their parents' criminal conduct in swimming past I.C.E., or crawling through tunnels, or jumping the fence to be picked-up by waiting trucks and vans. It takes three generations from a Wet-Back ancestor to become a Mexican-American.

The next operational definition is Jew Boys. Jew Boys refer to gangsters, who fence stolen property as a component in the drug trade where cash is distributed to robbers, burglars, and thieves for their stolen goods obtained from mainly the White People in the mainstream, so they can pay organized crime for their illegal drug products, which recirculated back to the growers from the dealers. The dealers then need to get more supplies to feed the demand, which perpetuates crime. In the meantime the Hebrew-American, middle men make their profits from buying stolen property at low prices and selling high.

So that the loot is not spotted in the neighborhood where they were stolen, the Jew-Boys warehouse the merchandise and distribute it through a network of second hand stores, pond shops, and private buyers. These merchants supply the cash that grease the wheels that finance the ghetto-junkies. Blacks steal from whoever to support their habits in this drug war that incarcerates and disenfranchises them, but they get their 'good-stuff' from the White population. This is because the White Devils have re-sellable trade items, jobs, and money, whereas their Black ghetto neighbors got crummy stuff that's worthless to hock. Besides the junkies' Black neighbor is more likely to know him and retaliate.

The junkies either steal, or deal to use. The cash originates from the goods taken from the White People, which flows into the drug trade by the Hebrew-American Zionists, who've learned their trade over a 1000-year history of Black-Marketeering diamonds and gear throughout Europe, the Middle East, and Africa. Many White Nationalists believe that the Zionist conspire, since the time of Baron Von Rotchild, to rule the World from behind the scenes with International Corporations, Banking Institutions, Weapons, and Drug Smuggling; so as to centralize capitalism through them at the hub. They are called the Elders of Zion.

If the CIA wants to finance a friendly gang of useful thugs, they move the coco leaf, drug harvest to a covert processing plant, and then introduce it to this already established, urban, marketing, network in which their Black clientele steal from Whites to sell to Jews, who give the Blacks the necessary money to buy the drugs they crave from the dealers, who are probably Jews, who eventually gets resupplied in this perpetual supply/demand industry.

This drug marketing business gets sophisticated. A management team needs to exist in order to organize the accumulation of poppy powder and coco leaves from growers, so as to manufacture heroin and cocaine. It can't be just stuffed in a sack, and brought over to be redeemed like a sack of aluminum cans.

This takes skill, money, and a network to market their goods. Either gangsters have to grow and process their own, or they buy from independent growers, and then have it processed. This is messy, clumsy, and obtrusive. It's safer for the dealers to get product readymade from the Kingpins. Some claim it's all financially backed by the Jew Boys from Zion.

The next operational definition is the nick-name I give Blacks, so as to be politically correct in not referring to them with the "N" word. God's Children involves the immaculate-conception explanation for lack of paternity, since, like Jesus, fathers are a mystery. Poor, little, 15-year old, pregnant, virgin, Mary was molested by God instead of the likely child molesting suspects—members of her immediate family: like her uncle, brother, or father; not the one in Heaven.

The little bastard, Jesus Christ, came along with the deal when Joseph of Nazarus, some 20-years older than Mary, took her for a wife. More likely in the line of thinking of pathological criminology he snatched-up young Mary to serve as his sex-toy. After all he was old. The old lecher had it made in his carpenter trade with a cute little babe like sweet Mary. Since being a carpenter back then was a skilled trade, the issue is raised : why wasn't he already married since he was so old and well established ?

Joseph might have been gay, since Jew were notorious homosexuals according to the Bible story of the destruction of Sodom and Gomora.

Remarkable as it may have been for Jesus to rise to be considered a Christ-Avatar and be executed as a revolutionary-terrorist by the State in the age of mass executions instead of mass incarcerations to be crucified on the cross in agony sucking vinegar from a sponge with his 45-year old mother standing-by looking-on. But where was the father ?

Jehovah didn't rise to the occasion, and old Joe either ran off with the sheep herders, or died of old age prior to Jesus' 30th birthday, which would make him about 75-years old in an era where life spans were short, and few lived past 40-years old back then.

Being one of God's Children is no compliment. It's a left handed compliment denoting the immaculate-conception alibi for no father in the household, or knowledge of who it was that incriminated the woman, who had the baby anyway; so as to get paid welfare. God's Children refers to Black deviants, who lack proper socialization obtained from a stable family in which the father was supposed to set a good, law-abiding example. Instead of mass serializations after emancipation the situation as escalated into mass incarcerations based on public safety and National Security.

Los Rios Community College District (LRCCD) Suspension



October 23, 2018

Mr. Richard Francis
1820 Capitol Ave Apt. Apt 210
Sacramento, CA 95811

### NOTICE OF DISCIPLINARY ACTION
### TWO YEAR SUSPENSION
### RE: Incident Date – September 12, 2018

Dear Mr. Francis:

This letter serves as formal notification that under Los Rios Community College District Board Policies and Administrative Regulations, you shall be suspended for two years from Sacramento City College and all facilities and colleges in the Los Rios District including American River, Folsom Lake, and Cosumnes River College.

On September 12, 2018, I received notice from Sacramento City College (SCC) staff that your language in the context of a Canvas Class Posting for Sociology 318 was offensive and threatening to staff and the members of your online class and did not respond to the posting prompt. The allegations were that the posting created a hostile learning environment based on racial epithets and veiled threats of violence. A copy of your posting is attached as Exhibit A. As the Student Discipline Officer, it is my responsibility to investigate possible incidents of misconduct and make recommendations concerning discipline, if appropriate.

On September 21, 2018, at 3:00 p.m. at the SCC Student Services Office room 105/109, you met with Casey Gardner, SCC Behavior and Social Science Dean; Andre Coleman, SCC Counseling and Student Success Dean; Alex Conroy, Los Rios Community College District Police Officer and me to discuss this matter pursuant to Administrative Regulation 2442.

At this meeting, I provided you with a copy of your rights and responsibilities and explained the charges to you. I asked you if you would like to comment on why you were here. You mentioned that you were here because SCC is working to remove you from class. I asked you if you understood that you had created a hostile and offensive learning environment with your posting with your faculty member and fellow classmates and you stated you did not care. You stated that if students could not take it, the students should drop the class. You further stated that the students are 13th and 14th year students who do not read the Canvass postings anyway and that you were responding to the assignment, which was a book on Jim Crow by Alexander.

Your also explained that you were in trouble at an earlier time with a professor when you called Chinese students illegally in America and also part of the Red Family. You used the name Tyrone when speaking about blacks and continued to talk about killing of others being justified if a jury was all white.

Letter to Mr. Francis
Page Two
October 23, 2018

Further you claimed your earlier suspensions were misunderstandings but that you were fighting the misunderstanding. You truly showed no remorse and did not think your comments were having any impact on others and that, as a 70 year old man, you have a right to say whatever you wanted.  You stated that we should not offer online courses that have a Canvass if we were going to discourage students from voicing opinions.  You would prefer we went back to multiple choice classes. Dean Coleman attempted to find out why you had such tough feelings for other ethnic groups to which you replied you were passed over for many opportunities by them.

During our meeting, I asked you if you followed the syllabus and the writing prompt that you were assigned. You claimed you were but that the instructor was not clear on how you were supposed to respond.

I proceeded to review the facts and circumstances of this matter. My investigation showed your instructor asked you to read a news or academic journal article that relates to the course material. The prompt for the post was:

> "Your task for the post is to boil down the article into the most important parts, illustrate connections to the material from class, and help the rest of the class benefit from all your hard work.  Start by taking a couple of paragraphs and summarizing the article.  This should generally take about two solid paragraphs.  A third paragraph should be spent giving your own reaction to the material.  Talk about why you chose it, what (if anything) was interesting about it, what the implications of the findings are or how they could be implemented into policy, and, if possible, relate it to anything that we have covered in the course.  Finally, provide a link to the article so any masochistic nerds can read the whole thing."

Professor Logan provided examples of how to post students' reflections on the assigned writing prompt.

In response to this prompt, you presented a series of posts which were your commentary on the textbook for the class and devolved into a random rant regarding society at large. You injected gratuitous racial slurs, "Jew Boy," "wet back," "White Devil," "God's Children," scumbags referring to "illegal immigrants, Blacks and other people of color." In addition, you recounted your plan to take advantage of the criminal justice system and avoid consequences for killing African Americans by creating a jury of white people that would acquit you of this crime. This latter comment was interpreted by the faculty member and members of your class as veiled threats of violence in your classroom posting. In short, your conduct had nothing to do with the writing prompt.

This conduct violated the following Board Policies and Regulations:

> Board Policy 2113, section 2.1: It is the policy of the district to implement policies to guarantee that no qualified student or prospective student or any person having an educational relationship with the District shall be unlawfully discriminated against, harassed, or excluded from any benefits, activities, or programs on the grounds of one or more of the following actual or perceived characteristics, or due to the association with a person or group with one or more of the following actual or perceived characteristics: ethnic group identification, race, color, sex, gender, gender identity, gender expression, pregnancy or childbirth-related condition, sexual orientation, sexual identity, religion or religious creed, age (over forty), national origin, ancestry,

Letter to Mr. Francis
Page Three
October 23, 2018

> physical or mental disability, medical condition, political affiliation or belief, military and veteran status, marital status, or conversing in a language other than English.
>
> Administrative Regulation 2441, section 3.1.1: Continued disruptive behavior, continued willful disobedience, habitual profanity or vulgarity, or the open and persistent defiance of the authority of, or persistent abuse of, members of the College community.
>
> Administrative Regulation 2441, section 3.1.2: Assault, battery, or any threat of force or violence upon members of the College community.
>
> Administrative Regulation 2441 section 3.2.2: Obstruction or disruption of teaching, research, administrative disciplinary procedures or other college activities, including its community service activity, or of other authorized activities on college-controlled premises.

In violation of the above policies, this conduct represents continued disruptive behavior, willful disobedience, vulgarity, and persistent abuse of members of the College Community. It also creates a hostile learning environment based upon race. And finally, it constitutes threats of force or violence.

As an aggravating factor, you also engaged in prior misconduct for which you had been suspended. On September 19, 2013, SCC received notice from the Business Division Dean that you were disruptive in your CISS 320 class, sent inappropriate email messages to your instructor and refused to participate in group activities while muttering under your breath your displeasure of the class assignment. As a result, you were suspended for those actions.

As a result of the above misconduct, SCC shall suspend you for two years. This suspension includes the entire Los Rios Community College District, and all of its Colleges and facilities. In addition, as a condition of your return, you must complete a Race Sensitivity Training Class and provide evidence of its completion to the Disciplinary Officer at SCC.

You have asked repeatedly that I drop you from the class retroactively back to the drop deadline so you would not have a "W" on your class record. I am unable to do so. Your actions determined the timing of such a decision, and it occurs too late to change the notation. My investigation found numerous incidents of similar misconduct to this one and where you created hostile learning environments where both the instructor and students were seriously offended and felt at risk by your comments and persistence. It is clear you do not believe SCC rules and policies apply to you.

Copies of Los Rios District Policies and Regulations P-2441 and R-2441 and R-2442 are enclosed for your review. According to section 6.1 of R-2442, you have the right to appeal this decision. If you wish to appeal, you must file you're the completed appeal form with the Vice President of Student Services no later than seven (7) days after this notice is sent. A copy of the appeal form is enclosed.

Letter to Mr. Francis
Page Four
October 23, 2018

In closing, if you have any questions, you may call me at 916-558-2438.

Sincerely,

Dr. Miguel Molina
Dean of Financial Aid and Student Success
Student Discipline Officer

Cc:     Michael Poindexter, Vice President of Student Services
        Dean Casey Gardner, Behavior and Social Science,
        Dean Andre Coleman, Counseling and Student Success
        Officer Alex Conroy, Los Rios Community College District
        Courtesy copy via mail delivery

Enclosed:

- ■ Section 5.2.1 District Policies and Administrative Regulations 2441 and 2442

- ■ Section 5.2.8 Appeal Form

- ■ Exhibit A Writing Sample

*CERTIFIED MAIL: 7016 2140 0000 1733 8258*

Is the line spacing are this term paper you want us to do : double space, 1-1/2 space, or single space ?

Is there to be a separate WORK CITED Page, Bibliography ; or do you want citation in text only so as to read ...(Alexander 2015:pp 1-155), or according to The New Jim Crow by Alexander, 2015, Newpress, NY, 2015 Black People get crushed more than White Folk get crushed.

(NEW POST)

The New Jim Crow states on page 183 in so many words that no matter how nice Whitey treats God's Children, the White Devil will always vote to oppress. It has been my opinion for some time now that this society is in a low intensity race war. Probably starting about 1962, but for sure in 1968.

Here in California the descendants of the illegal immigrants, Blacks, and other people of color constitute nearly 62% of the population. I'm glad that scumbags can't vote, or serve on juries. As a senior citizen I view any assault upon my person as an attempt to murder me, therefore unless it's some stupid friend on a tissy fit, I might take a punch, or flip-um to the ground; otherwise I'm prepared to try and kill my assailants.

The point being I will go to trial where the issue will be whether-or-not the killing I did to protect myself was a justifiable homicide. The last thing I want to have to worry about is the jury being packed with Black, ex-convicts, who are aware that I killed one of their 'brothers' as they call one another. I want a White jury filled with senior citizens, who are aware of the situation on the streets, not people embracing Alexander's rationalizations for street crime deviance.

This is an Anglo-American Society and Culture, and there is no way in the White Devil's Hell that this place should be given over to the control of the: 1) descendants of its ex-slaves, 2) wet-backs, and 3) multicultural economic immigrants. It's either acculturate, or stand-in the free-food, locker line. No more special treatment. If you can't read and write English; then 1) you can't vote, 2) serve on juries, or 3) possess a driver's license.

Mass incarceration is needed for social control over the over populated class of people, who threaten the mainstream. I remember as a kid in Junior High School about teachers telling us how important contraception is to population control, and how we need to do birth control in order to be conscientious citizens.

While we, White Devils, were withdrawing prematurely, little Black girls were getting pregnant at 13-years old. It soon became clear that Blacks were going to make more babies than Whites in this race war. By the time some of these little Black girls grow up to be 30-years old, they might have 8-kids from different sires.

It soon became a joke. It is not quality that counts, but quantity of numbers, so they can eventually prevail in this struggle for social dominance. There are so many of them crammed in so small of places that it is easily for them to fill-up the jails, take-up all the available job positions, and suck-up all available public housing slots.

I appreciate Alexander's diachronic account of oppressive events, her listing of court cases, and her insights about my social enemy. Yet, I know the bottom line. If left to their devices, Black will seek to dominate Whites, whereas Whites just wish to be left alone, so their kids can go to school and do their prerequisites for college, instead of being victimized by Blacks. I agree with Alexander that White want segregated schools.

(NEW POST)
Alexander on page 188 states that the drug war is now a system of control. She means a course of action to oppress the over populated, deviant, peoples of color by the White Power Structure. It doesn't matter how it evolved. Whether the war on drugs was designed to get Blacks, or the Hippies; the fact of the matter is that the Devil is loose and the gears are in effect and operates to take down those perceived by the power structure to be a FIFTH Column composed of offenders. Therefore, it become imperative not to get caught and arrested by the police when doing crimes. Never make admission statements; shut-up, don't talk, because lies become obstruction. Since the prosecutor is the 'Man', defendants need to be nice and say you're sorry a lot to get a good plea barter, or else pay up the cazoo. Court like cash fines, therefore offer to pay up. Prepare for eventual arrest by establishing credit, so you can make bail, pay lawyers, and fines. Better to go into dedt, than go behind bars.

12-4-18_Statement for SCC Student-Teacher Appeal Panel

Richard H. Francis W1071539

I have been expelled for two years and compelled to pay-for and complete a racial sensitivity class before I can re-apply to the SCC President for permission to re-enroll in the year 2020 because of the abuse of authority by SCC Administrators.

I was sanctioned because of what I posted on Canvas, an on-line computer class application for Administrative Justice 349 taught by Professor Logan for what I wrote and posted as school work, not malicious graffiti.

Students were required to make three weekly postings to the discussion board based on the subject matter from the modules. My school regulation violations resulted from a required, on-line, discussion board, preliminary, book, review; which I posted for the class entitled : Crime, Deviance, and Social Control.

I maintain that my writing of my opinions from my interruptions of the text are constitutionally protected Free Speech, and that the sanctions imposed against me are unlawful and should be withdrawn, so as to restore my student status in order for me to register for the Summer and Spring Semesters 2019, ASAP. I am protected by the following Supreme Court Rulings. If I am not freed a U.S. District Court complaint will be filed against the school.

- New York Times v. Sullivan (1964) : Supreme Court says since the U.S. Constitution's Bill of Rights are the highest laws of the Land, and that local governments can't deprive us of certain fundamental rights, like free-speech and due process. This is because the Bill of Rights applies to Freedom of Expression, so as not to suppress what we want to say or write.
- Tinker v. Des Moines Independent Community School District (1969) : Supreme Court held that public schools can't oppress First Amendment Rights, so as to deny what students say, or express as written opinions, unless they "materially and substantially" disrupt classes, or other school activities. This means vulgar, or indecent language. The Justices indorsed free speech by saying: "It can hardly be argued that either students, or teachers shed their constitutional rights to freedom of speech…at the schoolhouse gate". Furthermore it is unlawful for school administrators to censor just one side of a controversy.
- Hazelwood School District v. Kuhlmeier (1988): Even though the Supreme Court ruled that official school newspaper can be censored when officials consider topics are unappropriated, even if the language is not vulgar or disruptive California's High School Free Expression Laws negates this by giving students more free speech rights than the U.S. Constitution.

My analysis of the book New Jim Crow by M. Alexander was a work in 'creative license', and the sanctions imposed against me are frivolous accusations that lack moral clarity, abuse authority, and violate my civil rights to freedom of expression in what I write.



SACRAMENTO
CITY COLLEGE
EST. 1916

WORKING TOGETHER  |  PURSUING EXCELLENCE  |  INSPIRING ACHIEVEMENT

December 12, 2018

Mr. Richard Francis                                    SID#1071539
1820 Capitol Avenue, Apartment 210
Sacramento, CA  95811

Re: Disciplinary Appeal Hearing Outcome

Dear Mr. Francis:

I have received the recommendation of the Sacramento City College (SCC) Disciplinary Appeals Committee.  Upon further review of the recommendation and the violations of the Los Rios Community College District (LRCCD) Board Regulations (outlined below), I concur with the committee's recommendation of a two-year suspension.

Board Policy 2113, section 2.1:  It is the policy of the district to implement policies to guarantee that no qualified student or prospective student or any person having an educational relationship with the district shall be unlawfully discriminated against, harassed or excluded from any benefits, activities, or programs on the grounds of one or more of the following actual or perceived characteristics, or due to the association with a person or group with one or more of the following actual or perceived characteristics: ethnic group identification, race, color, sex, gender, gender identify, gender expression, pregnancy or childbirth-related condition, sexual orientation, sexual identity, religion or religious creed, age (over forty), national origin, ancestry, physical or mental disability, medical condition, political affiliation or belief, military and veteran status, marital status, or conversing in a language other than English.

Administrative Regulation 2441, section 3.1.1:  Continued disruptive behavior, continued willful disobedience, habitual profanity or vulgarity, or the open and persistent defiance of the authority of, or persistent abuse of, members of the college community.

Administrative Regulation 2441, section 3.1.2:  Assault battery, or any threat of force or violence upon members of the College community.

Administrative Regulation 2441 section 3.2.2:  Obstruction or disruption of teaching, research, administrative disciplinary procedures or other college activities, including its



SACRAMENTO
CITY COLLEGE
EST. 1916

Letter to Mr. Francis
December 12, 2018
Page Two    WORKING TOGETHER    |    PURSUING EXCELLENCE    |    INSPIRING ACHIEVEMENT

community service activity, or of other authorized activities on college-controlled
premises.

This suspension was a result of your language in a Canvas Class Posting for Sociology 318. The
allegation was that the posting created a hostile learning environment based on racial epithets
and veiled threats of violence.

Based on the suspension decision, your suspension from the LRCCD shall be for the Fall 2018,
Spring 2019, Summer 2019, Fall 2019, Spring 2020, Summer 2020 and Fall 2020 Semesters. As a
suspended student, you are prohibited from attending any classes or receiving any services at
the SCC Campus and any other campus or affiliation of the LRCCD. Your suspended student
status will not be removed until after the Fall 2020 term and the completion of all conditions as
outlined in the October 23, 2018 letter from Dean Molina to you.

When you are ready to return to campus, you may contact the Student Discipline Office at 916-
558-2438 to schedule your follow-up appointment.

Sincerely,

Michael Gutierrez
SCC President

Cc:    Melanie Dixon, Interim Vice President of Student Services
       Miguel Molina, Dean of Financial Aid and Student Success/Student Discipline Officer
       JP Sherry, LRCCD General Counsel
       John McPeek, Police Captain

Certified Mail:  7016 2140 0000 1733 8326

3835 Freeport Boulevard    |    Sacramento, CA 95822-1386    |    www.scc.losrios.edu    |    Los Rios Community College District