UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT,<br><br>Defendant. | No. 2:19-cv-0060 MCE DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 9, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired and plaintiff has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2021 (ECF No. 52) are ADOPTED in full;

2. Defendants' August 27, 2020 motion to dismiss (ECF No. 48) is GRANTED;

3. The amended complaint filed July 13, 2020 is DISMISSED without further leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE